J. H. MOORE ET AL. v. ROSSER AND CAMERON, EXECUTORS OF
J. H. SMITH ET ALS.

(Filed 19 September, 1923.)

**Mortgages—Injunction—Foreclosure.**

Where, in a suit to restrain the foreclosure of a mortgage, it appears
from the pleadings that there is a serious dispute between the parties
as to the right of the mortgagee to proceed further and the amount due,
the restraining order will be continued to the hearing.

APPEAL from HARNETT, in open court, by defendants, from *Horton,
J.,* on 15 February, 1923.

Civil action. There was judgment continuing the restraining order
till the hearing, and defendants excepted and appealed.

*Marshall T. Spears for plaintiffs.*
*Hoyle & Hoyle for defendants.*

PER CURIAM. The action is instituted by plaintiffs, mortgagors,
against defendants, holders and owners of said mortgage, to restrain
a sale of the property under powers contained in the instrument. It
appearing on careful consideration of the verified pleadings and other
affidavits that there is serious dispute between the parties, both as to
the right to proceed further under the mortgage and also as to the
amount due on same, we are of opinion that the judgment of his Honor
continuing the restraining order to the hearing should be affirmed.
*Sanders v. Ins. Co.,* 183 N. C., 66; *Proctor v. Fertilizer Works,* 183
N. C., 153; *Durham v. R. R.,* 104 N. C., 262. This ruling to be with-
out prejudice to the right of the parties to present and insist upon any
and all material questions involved in the controversy and as set forth
in their pleadings.

Affirmed.